Same cases below, 629 F.3d 1331.

**No. 11-129. Gabriel G. Rodriguez, Administrator of the Estate of Giavanna Maria Rodriguez for the Benefit of Gabriel Gene Rodriguez and Jennifer Ann Rodriguez, Petitioner v. Kathleen Sebelius, Secretary of Health and Human Services.**

565 U.S. 1059, 132 S. Ct. 758, 181 L. Ed. 2d 483, 2011 U.S. LEXIS 8663.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 632 F.3d 1381.

**No. 11-134. Vibo Corporation, dba General Tobacco, Petitioner v. Arkansas.**

565 U.S. 1059, 132 S. Ct. 759, 181 L. Ed. 2d 483, 2011 U.S. LEXIS 8475.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2011 Ark. 124, 380 S.W.3d 411.

**No. 11-191. Michigan, Petitioner v. Charles Fackelman.**

565 U.S. 1059, 132 S. Ct. 759, 181 L. Ed. 2d 483, 2011 U.S. LEXIS 8658.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Michigan denied.

Same case below, 489 Mich. 515, 802 N.W.2d 552.

**No. 11-202. Mitchell Sigg, et al., Petitioners v. Linda L. Sigg, et al.**

565 U.S. 1059, 132 S. Ct. 759, 181 L. Ed. 2d 483, 2011 U.S. LEXIS 8470.

November 28, 2011. Petition for writ of certiorari to the Court of Appeals of Kansas denied.

Same cases below, 238 P.3d 331.

**No. 11-212. Craig Reeves, Petitioner v. Jane Roe, et al.**

565 U.S. 1059, 132 S. Ct. 760, 181 L. Ed. 2d 483, 2011 U.S. LEXIS 8557.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

Same case below, 392 S.C. 143, 708 S.E.2d 778.

**No. 11-215. Sandra D. Evans and Dan Gargan, Petitioners v. Wapato Heritage, LLC, et al.**

565 U.S. 1059, 132 S. Ct. 760, 181 L. Ed. 2d 483, 2011 U.S. LEXIS 8652.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 430 Fed. Appx. 557.